

IN THE
TENTH COURT OF APPEALS

No. 10-19-00058-CV

RUBEN MARTINEZ
AND MTZ TRANSPORT CO.,

Appellants

v.

CHARLES CORONADO,

Appellee

From the 21st District Court
Burleson County, Texas
Trial Court No. 29500

MEMORANDUM OPINION

Appellants, MTZ Transport Company and Ruben Martinez, filed a motion to dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellants state that the parties have resolved all their issues and no longer wish to pursue the appeal. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed July 17, 2019
[CV06]

